IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGH ASSOCIATES, LIMITED, MCS-LANCASTER DE HOLDING, L.P., HIGH FAMILY PARTNERSHIP I, L.P., HIGH FAMILY GENERAL CORPORATION, HIGH-MCS, G.P., LLC, and HIGH REAL ESTATE GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br>NO. 12-5804 |

## ORDER

**AND NOW**, this  16th   day of October, 2013, upon consideration of Plaintiffs' Motion for Summary Judgment, Defendant's Motion for Partial Summary Judgment, and the responses thereto, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment is GRANTED in part and DENIED in part, and that Summary Judgment is entered in favor of Plaintiffs as to their claim for the increased costs of design and construction contained in Count I of Plaintiffs' Complaint. It is further ORDERED that Defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part, and that Judgment is entered in favor of Defendant as to Plaintiffs' claim for the cost of filling in the sinkholes contained in Count I of Plaintiffs' Complaint.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.